IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL A. ROGERS,**

      Petitioner,

v.                                     Case No. 4:14cv62-MW/GRJ

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

      Respondent.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No.20.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.[1]  The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss Petition for Habeas Corpus as Untimely, ECF No. 11, is **GRANTED**.   The Petition for Writ of Habeas Corpus, ECF No. 1, is

---

[1] In so ruling, this Court notes that there are a couple of scrivener's errors.  Of note, the report states that "[o]n May 12, 2008, the First DCA issued its mandate."  The mandate actually issued on May 12, 2010, not May 12, 2008. ECF No. 11-2 at 155.

1

**DISMISSED as time-barred**.   A certificate of appealabily is **DENIED**." The

Clerk shall close the file.

**SO ORDERED on May 26, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**