**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL ROGERS,**

   **Petitioner,**

**v.**        **Case No.  4:14cv62-MW/GRJ**

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

   **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

   This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 45.   Upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

   The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**.  A Certificate of Appelability is **DENIED**." The Clerk shall close the file.

   **SO ORDERED on November 28, 2017.**

       **s/Mark E. Walker    **
       **United States District Judge**